**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6775**

———————

CALVIN BERNARD GREEN,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (7:99-cr-00032-jct; 7:07-cv-00231-mfu)

———————

Submitted:  August 23, 2007      Decided:  August 30, 2007

———————

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Calvin Bernard Green, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Bernard Green appeals the district court's final order dismissing Green's "Motion for Relief from Judgment/Independent Action" as frivolous and striking the same from the active docket of the court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. United States, No. 7:99-cr-00032-jct (W.D. Va May 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED